STATE OF NEW JERSEY v. JESSIE FLOWERS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY T. WILSON.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAMS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. YADIRA ROMERO.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH McCRAY.

May 19, 1987.

Petition for certification denied.